UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

v.

ALI R. BAZZI, *et al.*,

    Defendants.

Case No. 21-cv-11909
Hon. Matthew F. Leitman

_____/

### ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF HEARING

On May 20, 2022, Plaintiff Commodity Futures Trading Commission (the "Trading Commission") filed a motion for a default judgment against Defendants Ali R. Bazzi and Welther Oaks LLC. (*See* Mot., ECF No. 11.) On October 14, 2022, the Court issued a Notice of Hearing setting the Trading Comission's motion for a Zoom video hearing on Tuesday, December 13, 2022, at 1:00 p.m. (*See* Notice of Hearing, ECF No. 12.)

By no later than **October 31, 2022**, the Trading Commission shall serve the Defendants with (1) the Notice of Hearing on its motion for default judgment, (2) this order, and (3) a proposed default judgment. In addition, by no later than **October 31, 2022,** the Trading Commission shall file a Certificate of Service on the docket confirming that it has served Defendants with these documents. Finally, by

1

no later than **October 31, 2022**, the Trading Commission shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

The Court advises Welther Oaks that if it wishes to appear in this action, including at the scheduled motion hearing, it can only do so through an attorney. As a limited liability company, Welther Oaks cannot appear *pro se* and represent itself in this action. *See*, *e.g.*, *La Grasso Bros. Inc. v. American Foodservice, L.L.C.*, 2011 WL 891221, at *2 (E.D. Mich. Mar. 11, 2011) ("It has been the law for the better part of two centuries ... that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities") (quoting *Rowland v. Calif. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993)).

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2022, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126